

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2020

No. 04-20-00101-CR

**IN RE** Bryan Keith **CRUM**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice

On February 14, 2020, relator filed a "Notice of Intent to File a Writ of Mandamus." If relator desires to file a petition for writ of mandamus in this court he must do so **no later than March 2, 2020**. If relator does not file his petition by March 2, 2020, this original proceeding will be dismissed for want of prosecution.

It is so **ORDERED** on February 19, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. B10-826, styled *The State of Texas v. Bryon Keith Crum*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.